TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00207-CV

DuPont Pharmaceuticals Company/Barr Laboratories, Appellants

v.

Barr Laboratories, Inc./Texas State Board of Pharmacy and Gay Dodson, in her

capacity as Executive Director of the Texas State Board of Pharmacy, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 98-10363, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING 

PER CURIAM

 DuPont Pharmaceutical Company has filed an Unopposed Motion to Dismiss
Appeal, and Barr Laboratories, Inc. has filed an Unopposed Motion to Dismiss Cross-Appeal. 
We grant their motions, thereby disposing of all claims in this appeal. Accordingly, we dismiss
all pending motions as moot and dismiss this appeal. See Tex. R. App. P. 42.1(a)(2).

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant's and Cross-Appellant's Motions

Filed: October 21, 1999

Do Not Publish